UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**  Date: February 16, 2021

Case No.: 1:21-CV-02168-PAB (lead case)
1:21-CV-02170-PAB

PAMELA A. BARKER
United States District Judge

Court Reporter: None

JESSICA CROSS,

v.

YEAR ROUND LOGISTICS, INC., et al.

APPEARANCES:    For Plaintiff:    Christopher T. Hildebrandt

For Defendants:    Joseph W. Pappalardo

PROCEEDINGS Case Management Conference conducted. Separate Case Management Conference Order to issue.

Time: 16 minutes

s/Kim Perhacs
Courtroom Deputy Clerk